**Order entered December 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00881-CV

**MOHAMED AHMED EL-RAYES, Appellant**

**V.**

**JONG LEE, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-03631-D**

## ORDER

Before the Court is appellant's December 20, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's amended brief, received that same day, filed as of the date of this order.

/s/    KEN MOLBERG
JUSTICE